SULLIVAN et al. v. DENISON. (Circuit Court of Appeals, Eighth Circuit. May 16, 1900.) No. 1,370. Appeal from the Circuit Court of the United States

for the District of Colorado. Charles M. Campbell, for appellants. Charles H. Toll and Weed Munro, for appellee. Appeal dismissed, with costs, on motion of appellee.